**Shirley Mae TIBBS, Appellant,**

v.

**Robert Alphonse TIBBS, Appellee.**

**No. 2426.**

Municipal Court of Appeals for the
District of Columbia.

Argued Aug. 10, 1959.

Decided Oct. 21, 1959.

William Bogen, Washington, D. C., for
appellant.

No appearance for appellee.

Before ROVER, Chief Judge, HOOD,
Associate Judge, and CAYTON (Chief
Judge, Retired) sitting by designation under
Code, § 11–776(b).

HOOD, Associate Judge.

Appellant sued for an absolute divorce on
the ground of desertion for two years. Her
husband did not appear and was represented
by court-appointed counsel. Her evidence
tended to show that her husband had physi-
cally abused her and that she, who had suf-
fered from rheumatic fever since childhood,
being fearful for her health, had left him
and had lived apart from him for more than
two years. The trial court held that appel-
lant had failed to establish grounds for an
absolute divorce for desertion, but granted
a limited divorce on the ground of cruelty.

Appellant says the trial court was in er-
ror in denying her an absolute divorce. Her
point is well taken. The trial court found
cruelty justifying a limited divorce. Such
cruelty justified appellant in separating
from her husband, and this constituted con-
structive desertion on his part. Schreiber
v. Schreiber, D.C.Mun.App., 139 A.2d 278.

Reversed with instructions to grant an
absolute divorce.